**JONES & DYER**
A Professional Corporation
1800 J Street
Sacramento, California 95814
Telephone: (916) 552-5959
Fax: (916) 442-5959
Our File No.: 1387

**GREGORY F. DYER, State Bar #114486**
**SARAH E. KIM, State Bar #213353**

Attorneys for Defendants, Andrew McMillan and Christian McMillan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIQUE CLARK,<br><br>          Plaintiff,<br><br>vs.<br><br>ANDREW McMILLAN and CHRISTIAN McMILLAN,<br><br>          Defendants. | NO. MISC S-03-356 GEB EFB<br><br>**ORDER RELEASING SURPLUS PROCEEDS** |

The Court having read and considered the petition presented thereon, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Petition to Release Surplus Proceeds be granted.

The Clerk of this court is ordered to release the surplus proceeds in the amount of $54,986.51 currently deposited with the court to petitioner's attorney of record, Gregory F. Dyer, of Jones & Dyer, 1800 J Street, Sacramento, CA 95811.

The November 14, 2007, hearing is hereby vacated.

SO ORDERED.

Dated: November 8, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE